TIMOTHY L. ALGER, Bar No. 160303
TAlger@perkinscoie.com
KEVAN FORNASERO, Bar No. 274943
KFornasero@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHEVRON CORPORATION,<br>　　　　　　　Plaintiff,<br>v.<br>STEVEN DONZIGER,<br>　　　　　　　Defendant. | Case No. 12-mc-80238 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**<br><br>Date:<br>Time:<br>Courtroom: 4 |

Chevron Corporation has agreed to the relief requested in Google Inc.'s Motion to Modify Chevron Corporation's Subpoena (Dkt. 1). Google Inc. therefore withdraws its Motion to Modify Chevron Corporation's Subpoena and voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED: October 9, 2012　　　　　　　　　　**PERKINS COIE LLP**

　　　　　　　　　　　　　　　　　　　　　　By: /s/ Kevan Fornasero
　　　　　　　　　　　　　　　　　　　　　　　　KEVAN FORNASERO

　　　　　　　　　　　　　　　　　　　　　　Attorneys for Google Inc.

I, Karima Ali, am a citizen of the United States. My business address is Four Embarcadero Center, 24th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to this action. On the date set forth below, I served the document(s) described as:

NOTICE OF VOLUNTARY DISMISSAL OF ACTION

**CERTIFICATE OF SERVICE**

on the following parties:

*Via Personal Service Only*
Scott A. Edelman
Gibson, Dunn & Crutcher, LLP
1881 Page Mill Road
Palo Alto, CA 94304

*Via Electronic Mail Only*
Jason B. Stavers
Gibson, Dunn & Crutcher, LLP
1801 California Street
Denver, CO 80202
Email: jstavers@gibsondunn.com

*Via Electronic Mail Only*
Anne Marie Champion
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 48th Floor
New York, NY 10166
Email: achampion@gibsondunn.com

*Via Electronic Mail Only*
Randy M. Mastro
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 48th Floor
New York, NY 10166
Email: rmastro@gibsondunn.com

*Via Electronic Mail Only*
Andrea E. Neuman
Gibson, Dunn & Crutcher, LLP
3161 Michelson Drive
Irvine, CA 92612
Email: aneuman@gibsondunn.com

*Via Electronic Mail Only*
William Edward Thomson
Gibson, Dunn & Crutcher, LLP
333 South Grand Avenue
Los Angeles, CA 90071
Email: wthomson@gibsondunn.com

__XX__ (By Personal Service) I caused each envelope to be personally delivered to the person(s) at the address(es) indicated above.

__XX__ (Electronic Transmission) I caused each document to be sent by electronic mail to the email addressees indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California.

DATED: October 9, 2012

Karima Ali

-1-

CERTIFICATE OF SERVICE
Case No. 12-mc-80238 (EJD)